IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANILO DANAO,

     Plaintiff,            No. CIV S-10-2315 KJM-KJN

   vs.

NCO FINANCIAL SYSTEMS, INC.,

     Defendant.        <u>ORDER</u>

_____/

      The court is in receipt of David Israel's fourth pro hac vice application made in this court in the past year (ECF 15), two of which were filed and approved in the last month. Local Rule 180(b)(2) clearly states that "an attorney is not eligible to practice pursuant to [this section] if . . . (iii) the attorney is regularly engaged in professional activities in California." Mr. Israel is hereby ORDERED, within two weeks of the filing of this order, to file an affidavit with this court addressing whether he is regularly engaged in professional activities in California.

      IT IS SO ORDERED.

DATED:  April 22, 2011.

_____

UNITED STATES DISTRICT JUDGE