Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
slevine@sessions-law.biz


Attorney for NCO Financial Systems, Inc.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO DANAO,<br><br>    Plaintiff,<br><br>  vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  10-CV-02315-KJM-KJN<br><br>STIPULATION OF DISMISSAL AND<br>[PROPOSED] ORDER |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a), each party to bear its own fees and costs.

Dated: 6/2/11                          KROHN & MOSS, LTD.

                                       /s/ Nicholas J. Bontrager
                                       Nicholas J. Bontrager
                                       Attorney for Plaintiff
                                       Danilo Danao

Dated: 6/2/11                          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                       /s/Debbie P. Kirkpatrick
                                       Debbie P. Kirkpatrick,
                                       Attorney for Defendant
                                       NCO Financial Systems, Inc.

IT IS SO ORDERED.

Dated:                          _____
                                       Hon. Kimberley J. Mueller
                                       U.S. District Court Judge