Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
slevine@sessions-law.biz


Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO DANAO, | Case No.  10-CV-02315-KJM-KJN |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL AND ORDER |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a), each party to bear its own fees and costs.

Dated: 6/2/11            KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager
Attorney for Plaintiff
Danilo Danao

Dated: 6/2/11            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant
NCO Financial Systems, Inc.

IT IS SO ORDERED.

Dated:   June 6, 2011.

_____
UNITED STATES DISTRICT JUDGE